Argued and submitted October 3, 1979,
affirmed June 3, 1980

STATE OF OREGON,
*Respondent,*

*v.*

JEFFERY DALE WARD,
*Petitioner.*

(No. 78-1315, CA 11299, SC 26121)

611 P2d 655

Thomas L. Fagan, of Fagan, Hoffman & Klarr, P.C., Eugene, argued the cause and filed the briefs for petitioner.

Thomas Denney, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Catherine Allan, Assistant Attorney General, Salem.

PER CURIAM.

## PER CURIAM.

The court is equally divided on the only issue in the case and, therefore, the Court of Appeals is affirmed. Justices Tongue and Howell and Chief Justice Denecke would affirm and Justices Lent, Linde and Peterson would reverse. Justice Tanzer participated in the decision of this case in Court of Appeals.